IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARTHUR MATUS,                                    1:05-01384-OWW-SMS-P

        Plaintiff,                           ORDER DIRECTING CLERK OF THE
                                                 COURT TO REDESIGNATE CASE,
   vs.                                           REASSIGN JUDGES, AND SEND
                                                 NOTICE OF NEW CASE NUMBER
PAUL VAN DALEN, et al.,

        Defendants.
                                    /

       On November 2, 2005, plaintiff Arthur Matus filed the complaint upon which this action proceeds. The Clerk of the Court incorrectly designated the action as one involving a prisoner litigating the conditions of his confinement at a California state prison. Upon further review of the Court, it has been determined that the present action does not involve state prison conditions of confinement. Therefore, the Clerk of the Court is DIRECTED to:

       1.    Change the designation of the present case to reflect that of a regular civil action;

       2.    Randomly assign new judges to the case; and

       3.    Send a notice of the new case number to all parties in this action.

IT IS SO ORDERED.

**Dated:   November 15, 2005**                    **/s/ Sandra M. Snyder**
i0d3h8                                            UNITED STATES MAGISTRATE JUDGE