IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR MATUS, | CASE NO. CV-F-05-1384 REC LJO |
| Plaintiff, | ORDER FOR SERVICE OF COMPLAINT |
| vs. | |
| PAUL VAN DALEN, et al., | |
| Defendants. | |

Plaintiff Arthur Matus ("plaintiff") is incarcerated and proceeds pro se in this action. Plaintiff's complaint, filed November 2, 2005, is pending before this Court. This Court has granted plaintiff's request to proceed in forma pauperis. Accordingly, this Court:

1. ORDERS that service is appropriate for defendants Paul Van Dalen and Richard Manfredi, Jr.;

2. DIRECTS this Court's clerk to send plaintiff two USM-285 forms, two summons, an instruction sheet and a copy of plaintiff's complaint, filed November 2, 2005; and

3. ORDERS plaintiff, no later than January 3, 2006, to complete the attached Notice of Submission of Documents and submit the completed Notice to this Court with the following documents:

   a. Completed summonses;

   b. One completed USM-285 form for each defendant noted above; and

1

1         c.     Three copies of the endorsed complaint, filed November 2, 2005.

2   Plaintiff need not attempt service on defendants and need not request waiver of service.  Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to F.R.Civ.P. 4 without payment of costs.

**Plaintiff's failure to comply with this order will result in a recommendation to dismiss this action for failure to obey this Court's order.  Local Rule 11-110.**

IT IS SO ORDERED.

**Dated:  December 6, 2005**        /s/ Lawrence J. O'Neill
66h44d                                    UNITED STATES MAGISTRATE JUDGE