```
IN THE UNITED STATES DISTRICT COURT FOR THE

            EASTERN DISTRICT OF CALIFORNIA
```

| | |
|---|---|
| ARTHUR MATUS, ) | No. CV-F-05-1384 REC/LJO |
| ) | |
| ) | ORDER GRANTING DEFENDANTS' |
| ) | MOTION TO DISMISS ALLEGED |
| Plaintiff, ) | VIOLATION OF EIGHTH |
| ) | AMENDMENT (Doc. 22) |
| vs. ) | |
| ) | |
| ) | |
| PAUL VAN DALEN, et al., ) | |
| ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____) | |

On November 2, 2005, plaintiff, who is incarcerated and proceeding <u>in pro per</u>, filed a Complaint for damages against defendants Paul Van Dalen and Richard Manfredi, Jr. The Complaint alleges in pertinent part:

> My 8th Amendment right to be protected and free from cruel & unusual punishment was violated when Officer Paul Van Dalen repeatedly kicked me after I was injured, cornered, and openly submitted myself to arrest. S.G.T. Richard Manfredi Jr. was on my back with his pistol on the back of my head. Threatening to kill me. And with his knee brutally assualted [sic] me in my buttocks and testicles.

1

1   Defendants move to dismiss the claim for alleged violation
2 of the Eighth Amendment for failure to state a claim upon which
3 relief can be granted.
4   The court has reviewed the record herein and concludes that
5 dismissal of plaintiff's Eighth Amendment claim is required.
6   There is no question that the Eighth Amendment's prohibition
7 against cruel and unusual punishment applies only after
8 conviction and sentence. Graham v. Connor, 490 U.S. 386, 393 &
9 n.6 (1989). "[E]xcessive force claims arising before or during
10 arrest are to be analyzed exclusively under the fourth
11 amendment's reasonableness standard rather than the due process
12 standard ...." Reed v. Hoyt, 909 F.2d 324, 329 (9th Cir. 1989),
13 cert. denied, 501 U.S. 1250 (1991).  Therefore, to the extent
14 that plaintiff is alleging excessive force during his arrest, his
15 claim must be construed as alleging a violation of the Fourth
16 Amendment, not the Eighth Amendment.
17   ACCORDINGLY:
18   1.  Defendants' motion to dismiss the claim in the Complaint
19 alleging excessive force in violation of the Eighth Amendment is
20 granted and the claimed violation of the Eighth Amendment is
21 dismissed with prejudice.
22   2.  In all further proceedings in this action, plaintiff's
23 claim alleging excessive force during his arrest will be
24 construed and resolved as a claim of excessive force in violation
25 of the Fourth Amendment.
26 ///

IT IS SO ORDERED.

**Dated:  April 14, 2006**                              **/s/ Robert E. Coyle**
668554                                          UNITED STATES DISTRICT JUDGE