**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARTHUR MATUS,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SGT. RICHARD MANFREDI, JR.,<br>et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. CV F 05-1384 REC LJO<br><br>**ORDER ON PLAINTIFF'S MOTION FOR DISCOVERY RESPONSES EXTENSION**<br>(Doc. 33.) |

Plaintiff Arthur Matus ("plaintiff") is incarcerated and proceeds pro se in this excessive force action against defendants Fresno Police Officers Paul Van Dalen ("Officer Van Dalen") and Richard Manfredi, Jr. ("Officer Manfredi"). On July 14, 2006, plaintiff filed his motion to seek a 30-day extension to serve responses to Officers Van Dalen and Manfredi's first sets of interrogatories and Officer Manfredi's first set of document requests. Officers Van Dalen and Manfredi served their respective discovery sets on May 24, 2006 and filed papers to oppose plaintiff's extension motion to point out that plaintiff failed to provide factual or legal support for an extension.

Plaintiff has had sufficient time to respond to Officers Van Dalen and Manfredi's interrogatories and document requests. A 30-day extension sought by plaintiff would serve only to thwart and delay Officers Van Dalen and Manfredi's legitimate discovery. As such, this Court ORDERS plaintiff, no later than July 28, 2006, to:

　　1.　　SERVE complete, straightforward responses to Officers Van Dalen and Manfredi's

1

1 respective first sets of interrogatories; and

2. SERVE complete, straightforward responses to Officer Manfredi's first set of document requests and to produce to defense counsel all documents and things in plaintiff's possession, custody and control and subject to the document requests.

**This Court admonishes plaintiff that failure to comply with this order and with plaintiff's discovery obligations may result in a defense motion and/or this Court's order to dismiss this action.**

IT IS SO ORDERED.

**Dated:   July 17, 2006**                                  /s/ Lawrence J. O'Neill
66h44d                                                                  UNITED STATES MAGISTRATE JUDGE